Albert Charles **EICHEL,**
Plaintiff–Appellant,

v.

**MacDONALD, Ms.; Chapline; Bennett, Ms.; Major, Defendants–Appellees.**

No. 12–7997.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 17, 2013.

Decided: Jan. 23, 2013.

Albert Charles Eichel, Appellant Pro Se.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Charles Eichel appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Eichel's informal brief does not challenge the basis for the district court's disposition, Eichel has forfeited appellate review of the court's order. Accordingly, we deny Eichel's motion to appoint counsel and affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*